# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JOHN LEWIS SWANSON, JR.,
#54503-018

    Plaintiff,

v.                                                 CASE NO.  8:16-cv-1693-T-26AEP
                                                       (Underlying criminal case 8:09-cr-231-T-26AEP)

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' Notice of Agreement Regarding § 2255 Motion, together with the procedural history of the Plaintiff's underlying criminal case, case number 8:09-cr-231-T-26AEP and the Plaintiff's Presentence Report, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Motion to Vacate (Dkt. 1) is **granted**.

2) The Clerk is directed to enter judgment for the Plaintiff and to close this case.

3) The parties shall advise the Court no later than **Friday, August 5, 2016**, as to whether they have reached an agreement as to the new sentence to be imposed on the Plaintiff in his underlying criminal case or whether a resentencing proceeding is necessary.

4) The Plaintiff shall continue to remain in the custody of the Bureau of Prisons pending his resentencing in his underlying criminal case.

**DONE AND ORDERED** at Tampa, Florida, on July 28, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
United States probation Office
United States Marshal Office
Bureau of Prisons